```
                    UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF HAWAII

                                    )
UNITED STATES OF AMERICA,           ) Case No. 23-MJ-01733-RT
                                    )
                    Plaintiff,      ) December 18, 2023
                                    ) 10:28 a.m.
        vs.                         )
                                    )
KALANA LIMKIN,                      )
                                    ) U.S. District Court
                    Defendant.      ) 300 Ala Moana Boulevard
                                    ) Honolulu, HI 96850
_____     )


        TRANSCRIPT OF INITIAL APPEARANCE AS TO KALANA LIMKIN
              BEFORE THE HONORABLE ROM TRADER
                UNITED STATES MAGISTRATE JUDGE
```

APPEARANCES:

| | |
|---|---|
| For the Plaintiff: | Mohammad Khatib, Esq.<br>U.S. Attorney's Office<br>300 Ala Moana Boulevard, #6100<br>Honolulu, HI  96850 |
| For the Defendant: | Maximilian J. Mizono, Esq.<br>Federal Public Defender's Office<br>300 Ala Moana Boulevard, #7104<br>Honolulu, HI  96850 |
| Transcription Service: | Jessica B. Cahill, CER/CET-708<br>Maukele Transcribers, LLC<br>467 Maukele Place<br>Wailuku, Maui, HI  96793<br>Telephone: (808)244-0776 |

Proceedings recorded by electronic sound recording;
transcript produced by transcription service.

```
 1  DECEMBER 18, 2023                                    10:28 A.M.
 2              THE COURT:  Okay.  Let's go ahead and call it.
 3              THE CLERK:  This Honorable Court is back in session.
 4  Calling magistrate case number 23-01733-RT, United States of
 5  America v. Defendant (01) Kalana Limkin.  This matter has been
 6  called for an initial appearance.
 7              Counsel, please state your appearances for the record,
 8  starting with the Government.
 9              MR. KHATIB:  Good morning, Your Honor.  Mohammad Khatib
10  on behalf of the United States of America.
11              THE COURT:  Good morning.
12              MR. MIZONO:  Good morning, Your Honor.  Max Mizono with
13  Kalana Limkin seeking appointment.
14              THE COURT: All right.  Very good.  Good morning to you
15  as well.
16              All right.  Good morning, Mr. Limkin.  I'm Judge
17  Trader.  I'm going to have you raise your right hand and prepare
18  to be sworn.
19         KALANA LIMKIN, DEFENDANT, SWORN
20              THE COURT:  All right.  The Court's been provided the
21  financial affidavit, which I reviewed.  It's now been sworn to by
22  the Defendant.  Based upon the information contained therein,
23  I'll find that Mr. Limkin qualifies for court appointed counsel
24  and will appoint the Office of the Federal Defender in this case.
25              All right.  With that, we're here for initial
```

```
 1  appearance, Mr. Limkin.  So Mr. Mizono has kind of filled you in.
 2  We've got to take care of the basics, get you a lawyer, and make
 3  sure you're aware of what you are charged with, and then to set
 4  some other dates, okay.  And so with that, Mr. Mizono.
 5            MR. MIZONO:  Thank you, Your Honor.  I've reviewed the
 6  criminal complaint with Mr. Limkin.  He also has a copy.  He
 7  understands the general allegations and the charge against him.
 8            THE COURT:  All right.  Is that correct, Mr. Limkin?
 9            THE DEFENDANT:  Yes.
10            THE COURT:  All right.  Very good.  So with that we
11  will proceed to set a preliminary hearing date and a detention
12  hearing as the Government has filed a motion to detain.
13            THE CLERK:  The detention hearing is set for this
14  Thursday, December 21, at 10:30 a.m., here in courtroom 5, before
15  Your Honor.  Preliminary hearing is set for January 2nd, 2024, at
16  2:00 p.m., in courtroom 7, before Magistrate Judge Wes Reber
17  Porter.
18            THE COURT:  Very well.  Beyond that, the Court will
19  take advantage of the opportunity now to remind the Government of
20  its ongoing obligations pursuant to Brady v. Maryland, and that
21  line of cases to provide the Defense with any exculpatory
22  evidence in a timely and substantial fashion.  The Court will
23  incorporate its general order concerning 5(f) -- Rule 5(f) in
24  that regard and note that any failure to comply by the Government
25  may result in appropriate sanctions as permitted by law.
```

1           All right.  With that, I think we've covered
2  everything.  Mr. Khatib, did I miss anything?  Anything else?
3           MR. KHATIB:  No, Your Honor.
4           THE COURT:  Mr. Mizono?
5           MR. MIZONO:  No, Your Honor.
6           THE COURT:  Okay.  So your next court date is going to
7  be Thursday, Mr. Limkin.  I'll see you then, okay?
8           THE DEFENDANT:  Okay.
9           THE COURT:  In the meantime, Pretrial is likely to have
10  some discussions with you.  Okay.  All right.  With that we'll
11  stand in recess.
12           THE CLERK:  All rise.
13       (Proceedings concluded at 10:31 a.m.)
14
15
16
17
18
19
20
21
22
23
24
25

CERTIFICATE

I, Jessica B. Cahill, court approved transcriber, do hereby certify that pursuant to 28 U.S.C. §753, the foregoing is a complete, true, and correct transcript from the official electronic sound recording of the proceedings in the above-entitled matter and that the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.

Dated: <u>January 9, 2023</u>

_____
Jessica B. Cahill, CER/CET-708