```
                    UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF HAWAII

                                    )
UNITED STATES OF AMERICA,           ) Case No. 23-MJ-01733-RT
                                    )
                    Plaintiff,      ) December 21, 2023
                                    ) 10:59 a.m.
          vs.                       )
                                    )
KALANA LIMKIN,                      )
                                    ) U.S. District Court
                    Defendant.      ) 300 Ala Moana Boulevard
                                    ) Honolulu, HI  96850
_____)
```

                     TRANSCRIPT OF DETENTION HEARING
                    BEFORE THE HONORABLE ROM TRADER
                    UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

| | |
|---|---|
| For the Plaintiff: | Mohammad Khatib, Esq.<br>U.S. Attorney's Office<br>300 Ala Moana Boulevard, #6100<br>Honolulu, HI  96850 |
| For the Defendant: | Maximilian J. Mizono, Esq.<br>Federal Public Defender's Office<br>300 Ala Moana Boulevard, #7104<br>Honolulu, HI  96850 |
| Transcription Service: | Jessica B. Cahill, CER/CET-708<br>Maukele Transcribers, LLC<br>467 Maukele Place<br>Wailuku, Maui, HI  96793<br>Telephone: (808)244-0776 |

Proceedings recorded by electronic sound recording;
transcript produced by transcription service.

```
1   DECEMBER 21, 2023                                    10:59 A.M.
2        (The detention hearing from 10:57 a.m. to 10:59:44, not
3   recorded)
4            THE COURT:  -- note that it's considered the merits of
5   the instant motion within the context of the recommendation by
6   Pretrial Services to detain the Defendant, and that I'm also duly
7   considering the Defendant's position and submission to detention
8   at this time.
9            In light of all the factors that the Court has to
10  consider, the Court will find that the Government's motion should
11  be granted.  That there is no condition or combination of
12  conditions that can reasonably assure his appearance or safeguard
13  the public if released.
14           And so, with that, you'll be remanded to the care and
15  custody of the Marshals, and you will remain detained pending
16  further order of this Court.  With that, Mr. Khatib, I will ask
17  you to kindly prepare an appropriate order.  No more than seven
18  days here to my order's box.  Any questions?
19           MR. KHATIB:  No, Judge.
20           THE COURT:  All right.  Anything else, Mr. Mizono?
21           MR. MIZONO:  No thank you, Your Honor.
22           THE COURT:  All right.  Thank you, Mr. Limkin, you're
23  excused.
24           THE DEFENDANT:  Thank you.
25        (Proceedings concluded at 11:00 a.m.)
```

CERTIFICATE

I, Jessica B. Cahill, court approved transcriber, do hereby certify that pursuant to 28 U.S.C. §753, the foregoing is a complete, true, and correct transcript from the official electronic sound recording of the proceedings in the above-entitled matter and that the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.

Dated: January 9, 2023

_____
Jessica B. Cahill, CER/CET-708